UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEAU LEDOUX, | * | CIVIL ACTION |
|    PETITIONER | * | |
| | * | |
| VERSUS | * | NO. 22-cv-4341 |
| | * | |
| TIMOTHY HOOPER, WARDEN | * | SECTION "T" (1) |
|    RESPONDENT | * | |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Timothy Hooper, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A) and Local Civil Rule 7.8.

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due on December 2, 2022 (Rec. Doc. 6).

2. Due to other matters pending in this Court, the state district court (22nd Judicial District Court), the Louisiana First Circuit Court of Appeal, and the Louisiana Supreme Court, undersigned counsel has not yet completed the compilation of the state court record or the answer to the habeas corpus petition.

3. The petitioner has not filed into the record an objection to an extension of time.

4. This is the respondent's first motion for extension of time.

WHEREFORE, Respondent prays that it be granted an additional twenty-one days, or until December 23, 2022, to answer Beau Ledoux's *habeas corpus* petition and to produce the

state court record in the above-captioned matter.

                    Respectfully submitted,

           /s/ Matthew Caplan
           Matthew Caplan
           La. Bar No. 31650
           Assistant District Attorney
           22nd Judicial District – Parishes of
               St. Tammany and Washington
           701 N. Columbia Street
           Covington, LA 70433

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

    Beau Ledoux, DOC # 601377
    Louisiana State Penitentiary
    17544 Tunica Trace
    Angola, LA 70712
    *Petitioner, pro se*.

This 2nd day of December, 2022, Covington, Louisiana.

           /s/ Matthew Caplan
           Matthew Caplan
           La. Bar No. 31650
           Assistant District Attorney
           22nd Judicial District – Parishes of
               St. Tammany and Washington
           701 N. Columbia Street
           Covington, LA 70433