UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEAU LEDOUX,<br>    PETITIONER | *<br>*<br>* | CIVIL ACTION |
| VERSUS | *<br>* | NO. 22-cv-4341 |
| TIMOTHY HOOPER, WARDEN<br>    RESPONDENT | *<br>* | SECTION "T" (1) |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until December 23, 2022, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
MAGISTRATE JUDGE