UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEAU LEDOUX, | * | CIVIL ACTION |
|     PETITIONER | * | |
| | * | |
| VERSUS | * | NO. 22-cv-4341 |
| | * | |
| TIMOTHY HOOPER, WARDEN | * | SECTION "T" (1) |
|     RESPONDENT | * | |

ORDER

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until December 23, 2022, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this  2nd  day of    December   , 2022.

_____
United States Magistrate Judge