## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEAU LEDOUX | CIVIL ACTION |
| VERSUS | NO. 22-04341 |
| TIM HOOPER, *Warden*, et al. | SECTION: "T" (1) |

### O R D E R

The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a). See Rice v. McKenzie, 581 F.2d 1114 (4th Cir. 1978). The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of court. All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, this 2nd day of December, 2022.

*[signature: Greg Gerard Guidry]*
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

December 2, 2022
REALLOTTED TO
**SECT. G**