UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BEAU LEDOUX** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4341** |
| **TIM HOOPER, WARDEN** | **SECTION: "G"(1)** |

### O R D E R

The Respondent's response in this matter was due on December 23, 2022, and it is now overdue. Accordingly,

**IT IS ORDERED** that Respondent file his response and submit a full and complete copy of the state court record on or before **January 19, 2023**.

New Orleans, Louisiana, this 29th day of December, 2022.

_____
**JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**