# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BEAU LEDOUX,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | **NO. 22-cv-4341** |
| **VERSUS** | * | |
| | * | **SECTION "G" (1)** |
| **TIM HOOPER, WARDEN,** | * | |
| **RESPONDENT** | * | |

## NOTICE OF LODGING OF
## STATE COURT RECORD MATERIALS

MAY IT PLEASE THE COURT:

This is a § 2254 habeas corpus proceeding. The Court has ordered the production of the state court record (Rec. Doc. 6). The respondent respectfully notifies the Court that it has submitted the record to the Court, and has not filed it electronically, pursuant to Rule 13 of the Court's *Administrative Procedures for Electronic Case Filings and Unique Procedures and Practices for Electronic Filings*.

The state record consists of eight volumes, as follows:

Volumes 1-3.     The record of the Louisiana First Circuit Court of Appeal under that court's docket number 2014-KA-1365, in which petitioner sought direct review of his conviction and sentence. Volumes 1-2 include all proceedings in the state district court (22nd Judicial District Court, Parish of St. Tammany) under that court's docket number 539793 up to and including Ledoux's motion for appeal. Volume 3 contains pleadings filed in the Louisiana First Circuit Court of Appeal.

Volume 4.     The record of the Louisiana Supreme Court under that court's docket number 2015-K-1115, in which petitioner sought review of the Louisiana First Circuit Court of Appeal's decision affirming his conviction.

Volume 5.     The record of the proceedings in the state district court (22nd Judicial District Court, Parish of St. Tammany) under that court's docket number 539793 subsequent to Ledoux's motion for appeal.[1] This includes the petitioner's application for post-conviction relief and the ruling thereon.

Volume 6.     The records of the Louisiana First Circuit Court of Appeal under that court's docket number 2018-KW-0497, in which Ledoux sought review of the state district court's denial of a request for records.

Volume 7.     The records of the Louisiana First Circuit Court of Appeal under that court's docket numbers 2020-KW-0688 and 2020-KW-1273, in which Ledoux sought review of the state district court's denial of post-conviction relief.

Volume 8.     The record of the Louisiana Supreme Court under that court's docket number 2021-KH-00514, in which Ledoux sought further review of the

---

1  It is customary for the St. Tammany Parish Clerk of Court to "close" a file after a defendant moves for appeal, and then to open a "new" file for all proceedings after the record on appeal has been lodged. Volumes 1-2 are the "old" file; Volume 5 is the "new" file.

ruling denying post-conviction relief.

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, Louisiana 70433
Tel: (985) 809-8398
Email: mcaplan@22da.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon petitioner

by mailing a copy, postage pre-paid, to:

Beau LeDoux, DOC # 601377
Louisiana State Penitentiary
15744 Tunica Trace
Angola, LA 70712
*Petitioner, pro se*

This the 6th day of January, 2023, at Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney