UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# **NOTICE OF CORRECTION**

Beau Ledoux #601377
Louisiana State Penitentiary
General Delivery
Angola, LA  70712

**SUBJECT**: Beau Ledoux vs. Tim Hooper 22-cv-4341 G (1)

**DATE OF ISSUANCE**: 2/10/2023

**Your Traverse to the State's Response  has been received and docketed.  In the future, all pleadings should comply with the following instructions:**

**Local Rule 10.1:** *In addition to the requirements of FRCP 10(a), the caption must indicate the correct Court (United States District Court, for the Eastern District of Louisiana), Division and Section (as applicable and after allotment), and the judge and magistrate judge to whom the case is assigned.*

Every document filed, after the complaint, must bear the name of this Court, the case title, the docket number, section, and magistrate judge number.

An example pleading form has been enclosed for reference.

**Please adhere to the local rules for all future filings.**

**Local Rule 11.1:** *Documents filed by a party not represented by counsel must be signed by the party.  The unrepresented party's name, e-mail, post office and street addresses and telephone number must be typed or clearly printed.*

*Each pro se litigant has a continuing obligation promptly to notify the court of any address or telephone number change.*

The filer's name and address shall be typed or printed below the signature.

**Please adhere to the local rules for all future filings**

**If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.**

                                                                         Carol L. Michel
                                                                         Clerk of the Court

By: _____
                                                                      Sandra Simlin
                                                                       Deputy Clerk

**ATTACHMENTS:**

Rev. 5/23/2022

*SAMPLE ONLY*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOUR NAME,<br>Plaintiff | CIVIL ACTION |
| -vs- | No. |
| DEFENDANT(S) NAME(S),<br>Defendant(s) | Section " " Mag " " |

<u>TITLE OF DOCUMENT</u>

<u>(TEXT OF YOUR DOCUMENT)</u>

Dated:___/___/___

                                                (YOUR SIGNATURE IN **INK**)
                                                Your Name Typed or Printed
                                                Street Address
                                                City, State, Zip code
                                                Telephone Number

Certificate of Service
I hereby certify that I have served a copy of this
document on all counsel fo record either in person
or by mailing it postage prepaid on this

_____day of _____, 20_____

_____
        Signature

*SAMPLE ONLY*