**RECEIVED**

FEB 16 2023

Legal Programs Department

To:   Carol L. Michel, Clerk of Court    February 15, 2023
       c/o Sandra Simlin, Deputy Clerk
       United States District Court
       Eastern District of Louisiana

From: Beau Ledoux #601377
       Camp C Tiger 2 Right
       Louisiana State Prison
       Angola, Louisiana 70712

SCANNED at LSP and Emailed
2-16-23 by ___VB___ . __7__ pages
date       initials  No.

Re:   *Correction of Brief*

Dear Clerk of Court:

     Greetings! This letter is to address the February 10, 2023 Notice of Correction from your office. It is noticed that I had inadvertently place the Middle District on the caption of the "*Traverse to the State's Response to Petition for Habeas Corpus Relief*".

     Please accept this corrective version of the timely filed brief for the purpose of review.

     Thanking you in advance for your attention in this very important matter.

               Respectfully submitted:

               Beau Ledoux #601377