**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**BEAU LEDOUX**                                                                 **CIVIL ACTION**

**VERSUS**                                                                              **NO. 22-4341**

**TIM HOOPER, WARDEN**                                              **SECTION: "G"(1)**

## JUDGMENT

The Court, having considered the petition, the record, the applicable law and for the written

reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the federal application for

habeas corpus relief filed by Beau Ledoux is **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this ___31st___ day of March, 2023.


**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**