Case 2:22-cv-04341-NJB   Document 21   Filed 04/17/23   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Apr 17 2023

CAROL L. MICHEL
CLERK

AJ                    E-Mail

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BEAU LEDOUX                                CIVIL ACTION

VERSUS                                     NO. 224341

DARREL VANNOY                              SECTION: "G"(1)

## NOTICE OF APPEAL

NOW INTO COURT comes pro se petitioner, Beau Ledoux, respectfully submitting the following:

Ledoux hereby seeks an appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment pronounced in the Order of United States District Court Judge Nannette Jolivette Brown. Judge Brown adopted the Magistrate's Order denying Ledoux's petition for a writ of habeas corpus. Judge Hicks's decision, which also denied Ledoux a certificate of appealability, was entered on the 31st day of March, 2023.

Respectfully submitted this 14 day of April, 2023.

Beau Ledoux
601377, Camp D Raven 1 Left
Louisiana State Penitentiary
Angola Louisiana 70712

AFFIDAVIT/CERTIFICATE OF SERVICE

I do hereby swear and affirm that the foregoing is true and correct to the best of my knowledge and belief.

I do hereby certify that a copy of the foregoing has been served upon:

Opposing Counsel:

        St. Tammany Parish District Attorney's Office
        **Attention**: ADA Matthew Caplan
        701 N Columbia Street
        Covington Louisiana 70433

by placing a copy of same in a properly addressed envelope into the hands of the Classification Officer assigned to my unit along with a Withdrawal form made out to the General Fund, LSP, Angola, LA 70712 for the cost of postage and a properly filled out Inmate's Request for Indigent/Legal Mail form, receiving receipt for same in accordance with the institution's rules and procedures for the sending of legal mail.

Done this 14 day of April, 2023.

                                                              Beau Ledoux Pro Se

**eFile-ProSe**

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Monday, April 17, 2023 2:28 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #601377142748.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.