SCANNED at LSP and Emailed
4-17-23 by UB, 3 pages
date    Initials  No.

RECEIVED
APR 17 2023
Legal Programs Department

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BEAU LEDOUX                                              CIVIL ACTION

VERSUS                                                   NO. 224341

DARREL VANNOY                                            SECTION: "G"(1)

### DECLARATION OF INMATE FILING

I am an inmate confined in a state institution. Today, April 14 2023, I am depositing a Notice of Appeal in this case in the institution's internal mail system to be scanned by the Legal Programs Department and electronically filed into the United States Western District Court.

I also declare that I have placed a properly addressed copy of the Notice of Appeal, made out to the St. Tammany Parish District Attorney's Office, into the hands of the Classification Officer assigned to my unit. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty that the foregoing is true and correct (see: 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Beau Ledoux
601377, Camp D Raven 1 Left
Louisiana State Penitentiary
Angola Louisiana 70712