# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-30257

_____

Beau Ledoux,

    *Petitioner—Appellant,*

versus

Tim Hooper, *Warden, Louisiana State Penitentiary,*

    *Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-4341

_____

A True Copy
Certified order issued Jun 12, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of June 12, 2023, for want of prosecution. The appellant failed to timely pay the fee.

No. 23-30257

        Lyle W. Cayce
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: _____
        Majella A. Sutton, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT